JAMES CULVER v. INSURANCE COMPANY OF
NORTH AMERICA.

March 21, 1988.

Petition for certification granted. (See 221 *N.J.Super.* 493)

STATE OF NEW JERSEY v. ANTHONY PETERSON.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED PEPE.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD M. CROOKS.

March 21, 1988.

Petition for certification denied.